1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERT W. NEAL,                          No.  2:16-cv-2778 JAM DB P

12              Petitioner,

13        v.                                   ORDER

14   WARDEN OF SATF,

15              Respondent.

16

17        Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application

18   for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner contends, among other things,

19   he is actually innocent, he was incompetent at the time of the crime and at the time he rendered

20   his plea, his trial and appellate attorneys rendered ineffective assistance, and the district attorney

21   withheld exculpatory evidence.  Before the court are respondent's motion to dismiss the petition

22   as untimely and multiple motions filed by petitioner, including motions for the appointment of

23   counsel, for an evidentiary hearing, and for scribing assistance.

24        After reviewing the briefs in support of and opposing respondent's motion to dismiss, and

25   in light of the complexity of the legal issues involved, the court has determined that the interests

26   of justice require appointment of counsel for the limited purpose of opposing the motion to

27   dismiss.  See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th

28   Cir. 1983).

                                            1

Accordingly, IT IS HEREBY ORDERED that:

1. The Federal Defender is appointed to represent petitioner for the limited purpose of opposing the motion to dismiss.

2. The Clerk of the Court shall serve a copy of this order on the Federal Defender, Attention: Habeas Appointment.

3. Petitioner's counsel shall contact the Clerk's Office to make arrangements for copies of documents in the file.

4. Within forty-five days of the date of this order, petitioner's counsel shall file an amended opposition to the motion to dismiss (ECF No. 51) or inform the court that an amended opposition is unnecessary. If petitioner's counsel files an amended opposition to the motion to dismiss, respondent may file a reply within twenty days of the date of service of that amended opposition.

5. The Clerk of the Court is directed to serve a copy of this order on the office of the Federal Defender.

6. Petitioner's motions for the appointment of counsel and related motions for reconsideration (ECF Nos. 47, 52, 53, 57, 59, 85, 86) and for scribing assistance (ECF No. 68) are denied as moot.

7. Petitioner's motion for an evidentiary hearing regarding his competence (ECF No. 65) is denied without prejudice.

Dated: October 24, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/orders/prisoner-habeas/Neal2778.110a