HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
ANN C. M<sup>c</sup>CLINTOCK, Bar No. 141313
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
ROBERT W. NEAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT W. NEAL, | Case No. 2:16-cv-2778 JAM DB |
| Petitioner, | **REQUEST FOR SUBSTITUTION OF ATTORNEY; ORDER** |
| v. | |
| WARDEN, | |
| Respondent. | |

Petitioner ROBERT W. NEAL hereby moves this Court for an order substituting ERIC WEAVER, Attorney at Law, P.O. Box 6294, Albany, CA 94706, telephone (510) 524-2355, email: weaver115208@gmail.com, as counsel for Petitioner. The Federal Defender's Office is unable to accept representation in this case at this time.

The undersigned is authorized to sign this substitution motion on Mr. Weaver's behalf.

Dated: November 6, 2017        Respectfully submitted,

                               HEATHER E. WILLIAMS
                               Federal Defender

                                *s/ Ann C. M<sup>c</sup>Clintock*
                               ANN C. M<sup>c</sup>CLINTOCK
                               Assistant Federal Defender

Dated: November 6, 2017         *s/ Eric Weaver*
                               Attorney at Law

-1-

ORDER

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that the Federal Defender is relieved as counsel and ERIC WEAVER shall be substituted in as appointed counsel for Petitioner Robert W. Neal, for the limited purpose of opposing the motion to dismiss, in place of the Office of the Federal Defender for the Eastern District of California.

Dated: November 8, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/orders/prisoner-habeas/neal2778.sub csl